UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:09MJ2189AGF |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:09CR20536 TLL |
| JOHNNY MARSHALL, | ) | USDC, E.D. MI |
| | ) | |
| Defendant. | ) | |

## REMOVAL ORDER

Johnny Marshall, who is in custody under a warrant issued on November 4, 2009, out of the Eastern District of Michigan, in Case No. 09-20536, appeared before the Court for his initial appearance on November 9, 2009. Defendant is charged by indictment filed November 4, 2009, with Conspiracy to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 846 and 841(a)(1). The government has requested that the defendant be detained pending trial on the charges from the Eastern District of Michigan. After being advised of his rights, Defendant requested a hearing on identity and detention, and a hearing date was scheduled.

A hearing was held on November 12, 2009. The defendant appeared and was represented by his appointed counsel, Assistant Federal Public Defender Lucille Liggett. The government was represented by Assistant United States Attorney James Crowe. The defendant was advised of his rights, including the right to a hearing on identity and detention and the right to a disposition of his charges in this district under Rule 20,

F.R.Cr.P. After being advised of these rights and after consultation with his appointed attorney, the defendant voluntarily waived his rights, in writing and in open court, and agreed to his immediate transfer to the court of original jurisdiction. Defendant also waived his right to have a detention hearing in this district, and requested that the detention hearing be held in the charging district upon his transfer.

**THEREFORE, IT IS HEREBY ORDERED** that the defendant, Johnny Marshall, be temporarily detained and held to answer the charges brought against him in the United States District Court for the Eastern District of Michigan.

**IT IS FURTHER ORDERED** that the U.S. Marshals Service forthwith transport the defendant, Johnny Marshall, to the U.S. Marshal in the Eastern District of Michigan, for further proceedings by that court in this matter.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 12th day of November, 2009.